**Order filed August 21, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00678-CR
NO. 14-12-00679-CR
_____

**MARVIN LEE WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause Nos. 1333900 and 1333901**

## SHOW CAUSE ORDER

TO:  Wilford A. Anderson
     708 Main Street, Suite 790
     Houston, TX 77002

You are hereby commanded to appear in person in the courtroom of the 14th Court of Appeals, 301 Fannin, 3rd Floor, South Courtroom, Houston, Texas, on **October 28, 2013, at 1:30 p.m.** to show cause

why you should not be held in contempt of court for failing to obey this court's order of July 2, 2013, ordering you to file a brief in this cause with the clerk of this court on or before August 1, 2013. A copy of that July 2, 2013 order is attached.

WITNESS, The Honorable Adele Hedges, Chief Justice for the 14th Court of Appeals District of Texas, with the Seal annexed, at Houston, Texas, August 21, 2013.

CHRISTOPHER A. PRINE, Clerk



### In The

# Fourteenth Court of Appeals

**NO. 14-12-00678-CR**
**NO. 14-12-00679-CR**

---

THE STATE OF TEXAS

TO ANY SHERIFF or CONSTABLE OF HARRIS COUNTY, TEXAS

On August 21, 2013, the 14th Court of Appeals District of Texas ordered a SHOW CAUSE ORDER to be issued to **Wilford A. Anderson** of Harris County, Texas. The order reads as follows:

### ORDER

You are hereby commanded to appear in person in the courtroom of the 14th Court of Appeals, 301 Fannin, 3rd Floor, South Courtroom, Houston, Texas, on **October 28, 2013, at 1:30 p.m.** to show cause why you should not be held in contempt of court for failing to obey this court's order of July 2, 2013, ordering you to file a brief in this cause with the clerk of this court on or before August 1, 2013. A copy of that July 2, 2013 order is attached.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to serve this SHOW CAUSE ORDER upon **Wilford A. Anderson**, whose office is located at **708 Main Street, Suite 790, Houston, TX 77002**, and file the return with this court showing service.

WITNESS, the Honorable Adele Hedges, Chief Justice of the 14th Court of Appeals District of Texas, with the Seal annexed, at Houston, Texas, August 21, 2013.

CHRISTOPHER PRINE, Clerk



**NO. 14-12-00678-CR**
**NO. 14-12-00679-CR**

On _____, 2013, at _____ o'clock \_\_\_\_.m., I received the attached Show Cause Order.  I delivered a copy of this Show Cause Order to **Wilford A. Anderson** in person at _____ in _____ County, Texas, on _____, 2013, at _____ o'clock \_\_\_\_.m.

I was unable to deliver this Show Cause Order because: _____.

Certified on _____, 2013.

_____
Sheriff/Constable

Harris County, TX

_____, Deputy



In The

# Fourteenth Court of Appeals

———————

NO. 14-12-00678-CR
NO. 14-12-00679-CR

———————

**MARVIN LEE WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause Nos. 1333900 and 1333901**

---

## ORDER

Appellant is represented by appointed counsel, **Wilford A. Anderson**. **Appellant's brief was originally due October 8, 2012.** On November 8, 2012, we abated this appeal and directed the trial court to determine the reason for failure to file a brief. A hearing was held. Wilford A. Anderson represented to the trial court a brief would be filed by January 4, 2013. The appeal was reinstated. On January 4, 2013, Wilford A. Anderson filed a motion for extension of time to file the brief. The motion was granted until February 8, 2013. On February 8, 2013, time to file appellant's brief

expired without a brief and no motion for extension of time was filed. *See* Tex. R. App. P. 38.6(a). Counsel and the trial court were notified on February 14, 2013, that no brief had been received. No response from appellant was received. On March 22, 2013, we again abated this appeal and directed the trial court to determine the reason for failure to file a brief. A hearing was held. Wilford A. Anderson represented to the trial court a brief would be filed within forty-five days. No brief was filed. Counsel and the trial court were notified on June 4, 2013, that no brief had been received. As of this date, no brief has been filed.

Accordingly, we order **Wilford A. Anderson** to file a brief with the clerk of this court **within thirty days** of the date of this order. If **Wilford A. Anderson** does not timely file the brief as ordered, the court may order him to appear before this court, on a date certain to show cause why he should not be held in contempt for not filing the brief in Appeal Nos. 14-12-00678 -CR; and 14-12-00679-CR; *Marvin Lee Watts v. The State of Texas,* as ordered.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.